**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7135**

---

MICHAEL WAYNE MONTGOMERY, a/k/a Shaka Macumba
Zulu X,

                                        Plaintiff - Appellant,

        versus

JOHN DOE; LAURIE BESSINGER; VAUGHN JACKSON,
Captain,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-95-1199-CV-6-3AK)

---

Submitted:  January 23, 1996        Decided:  February 13, 1996

---

Before HALL and NIEMEYER, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Michael Wayne Montgomery, Appellant Pro Se.  William Henry David-
son, II, Andrew Frederick Lindemann, ELLIS, LAWHORNE, DAVIDSON &
SIMS, P.A., Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his pretrial motions. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2